**Electronically Filed
Supreme Court
SCPW-23-0000008
07-FEB-2023
11:39 AM
Dkt. 3 ODDP**

SCPW-23-0000008

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MIKA Y. ALDAN and SEAN A. ALDAN, Petitioners,

vs.

THE HONORABLE ROWENA SOMERVILLE,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(1CPC-21-0000816; 1CPC-20-0001541)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the "Complaint" filed on January 6, 2023, which we construe as a petition for writ of mandamus, and the record, Petitioners have not demonstrated a clear and indisputable right to relief or a lack of alternative means to seek relief. An extraordinary writ is not warranted. Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999).

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, February 7, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins